**Fill in this information to identify the case:**

Debtor name ___NOW Solutions, Inc._____

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known): ___25-42648_____

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>❑ Other | $ 952,411.00 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY | to | 12/31/2024 MM / DD / YYYY | ☑ Operating a business<br>❑ Other | $ 2,363,260.00 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY | to | 12/31/2023 MM / DD / YYYY | ☑ Operating a business<br>❑ Other | $ 2,514,848.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |

Debtor  NOW Solutions, Inc.       Case number (*if known*) 25-42648
    Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. NOW Solution Canada, Inc.<br>Insider's name<br>6205 Airport Road<br>Building B, Suite 214<br>Mississauga, Ontario, Canada L4V 1E1,<br><br>**Relationship to debtor**<br>100% owned subsidiary | | $ 230,797.50 | Ordinary course of business intercompany transfers. |
| 4.2. Freddy Holder<br>Insider's name<br><br><br>**Relationship to debtor**<br>CFO | | $ 242,527.92 | Salary |

| Debtor | NOW Solutions, Inc. | Case number *(if known)* 25-42648 |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Lakeshore Investment LLC v. NOW Solutions Inc., et al. | Breach of contract | Superior Court of California, County of L.A. | ☐ Pending ☑ On appeal ☐ Concluded |
| | **Case number** 19STCV15381 | | 111 North Hill St. Los Angeles, CA 90012 | |
| 7.2. | Vertical Computer Systems Inc., et al. v. Derek Wolman, et al. | Fraudulent and racketeering acti⋯ | U.S. District Court for Eastern District of Texas | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 4:24-cv-395 | | 101 East Pecan Street, Room 216 Sherman, TX 75090 | |

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **3**

| Debtor | NOW Solutions, Inc. | Case number (if known) | 25-42648 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | | _____ | $_____ |

Docusign Envelope ID: 8C53B851-93C5-428A-BD61-60529BC7AGD0

Debtor __NOW Solutions, Inc._____
     Name

Case number *(if known)* __25-42648_____

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Tittle Law Firm, PLLC | | 09/06/2025 | $ 25,000.00 |
| | **Address** <br> 1125 Legacy Dr., Ste. 230 <br> Frisco, TX 75034 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Armanino LLP | | 09/06/2025 | $ 17,000.00 |
| | **Address** <br> 2700 Camino Ramon, Suite 350 <br> San Ramon, CA 94583 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | _____ | $_____ |
| **Trustee** | | | |

Debtor _NOW Solutions, Inc._____ Case number (if known)_25-42648_____
                Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1.** _____ | | _____ | $_____ |
| **Address** | | | |
| **Relationship to debtor** _____ | | | |
| **Who received transfer?** | | _____ | $_____ |
| **13.2.** _____ | | | |
| **Address** | | | |
| **Relationship to debtor** _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| **14.1.** | From _____ To _____ |
| **14.2.** | From _____ To _____ |

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page **6**

Docusign Envelope ID: 8C53B851-93C5-428A-BD61-60529BC7ACD0

| Debtor | NOW Solutions, Inc. | Case number (*if known*) 25-42648 |
|---|---|---|
| | Name | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ <br> Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____ <br> Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Basic identifiers to government-issued identifiers and payroll and financia

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | NOW Solutions, Inc. | Case number *(if known)* 25-42648 |
|---|---|---|
| | Name | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name | | | ☐ No <br> ☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage <br> Name <br> 14729 Inwood Road <br> Addison, TX 75001 | Freddy Holder | Files and records from previous years | ☑ No <br> ☐ Yes |
| **Address** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | NOW Solutions, Inc. | Case number *(if known)* 25-42648 |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title<br>_____<br>Case number<br>_____ | Court or agency name and address<br>_____<br>Name | Nature of the case | Status of case<br>☐ Pending<br>☐ On appeal<br>☐ Concluded |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address<br>_____<br>Name | Governmental unit name and address<br>_____<br>Name | Environmental law, if known | Date of notice<br>_____ |
|---|---|---|---|

Debtor    NOW Solutions, Inc.
_____    Case number (*if known*) 25-42648
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | NOW Solutions Canada, Inc. _____<br>Name<br>6205 Airport Road<br>Building B, Suite 214<br>Mississauga, Ontario, Canada L4V 1E1, | HR and payroll solutions software | EIN: 89-1805319 _____<br><br>**Dates business existed**<br><br>From 01/01/2001____  To 10/06/2025____ |
| 25.2. | **Business name and address**<br><br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | **Business name and address**<br><br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **10**

Debtor   NOW Solutions, Inc.
_____   Case number (*if known*) 25-42648 _____
Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Freddy Holder<br>Name | From 01/01/2010<br>To 10/06/2025 |

| Name and address | Dates of service |
|---|---|
| 26a.2. BDO USA, LLP<br>Name<br>600 North Pearl Street , Ste. 1700, Dallas, Texas 75201 | From 06/15/2023<br>To 11/21/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Freddy Holder<br>Name | |

---

Debtor __NOW Solutions, Inc._____     Case number (*if known*)__25-42648_____
    Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | NOW Solutions, Inc. | Case number (if known) 25-42648 |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.  _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vertical Computer Systems, Inc. | 101 W. Renner Road, Ste. 300, Richardson, TX 75082 | Sole Shareholder | 100 |
| Len Chermack | , | Board Member | 0 |
| Freddy Holder | , | Board Member and CFO | 0 |
| Mike Short | , | Board Member | 0 |
| Laurent Tetard | , | COO | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Freddy Holder | 242,527.92 | _____ | Salary |
| Name | | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| CFO | | _____ | |

Official Form 207                  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                  page **13**

Debtor _NOW Solutions, Inc._____     Case number (if known)_25-42648_____
Name

| | | Salary |
|---|---|---|
| **Name and address of recipient** | 241,150.08_____ | _____ |

30.2   Laurent Tetard_____     _____
Name

_____

_____

**Relationship to debtor**     _____

COO_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/06/2025_____
MM / DD / YYYY

**Signed by:**

✗  _[signature]_
67BG669447C246E...
Signature of individual signing on behalf of the debtor          Printed name _Chris Lang_____

Position or relationship to debtor _CRO_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **14**

Docusign Envelope ID: 8C53B851-93C5-428A-BD61-60529BC7AGD0

| | | |
|---|---|---|
| Debtor Name | NOW Solutions, Inc. | Case number *(if known)* 25-42648 |

### Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

Laurent Tetard                              $241,150.08                    Salary

Official Form 207                     **Statement of Financial Affairs for Non-Individuals**

**Payments Made to Creditors in the Prior 90 Days**

| Posting Date | Document Type | Description | Amount ($) | Bal. Account No. |
|---|---|---|---|---|
| 9/8/2025 | Payment | Retainer with Armanino NOW US Bankr. | (17,000.00) | ARMANINO |
| 9/8/2025 | Payment | Retainer for Bankr. NOW US Title Law | (25,000.00) | TITTLE LAW |
| 9/8/2025 | Payment | Bank Charges | (10.00) | 66521 |
| 9/8/2025 | | Transfer from Canada to US | 42,000.00 | 10720 |
| 9/4/2025 | Payment | E-Fax | (18.99) | 61310 |
| 9/4/2025 | Payment | Q3-2016 Payroll Taxes | (5,000.00) | IRS |
| 9/4/2025 | Payment | DartPoints | (0.40) | NETRIPL |
| 9/4/2025 | Payment | DartPoints | (4,058.00) | NETRIPL |
| 9/3/2025 | Payment | Tranfer from Comerica to Prosperity | (100.00) | B001 PROSPERITY6541 |
| 9/3/2025 | Payment | Corespace VCSY | (83.44) | 10701 |
| 9/3/2025 | Payment | Corespace | (175.90) | CORE |
| 9/3/2025 | Payment | First Insurance | (3,075.00) | 10701 |
| 9/3/2025 | Payment | Total Uptime Tech LLC | (2,562.60) | TOTAL |
| 9/3/2025 | Payment | Public Storage | (165.00) | 62161 |
| 9/3/2025 | Payment | Tranfer from Comerica to Prosperity | 100.00 | B006-COMERICA4695 |
| 9/2/2025 | Payment | Bank Charges | (10.00) | 66521 |
| 9/2/2025 | | Transfer from NOW CND | 10,000.00 | 10720 |
| 9/2/2025 | Payment | Bank Charges - Travelers | (6.00) | 66521 |
| 9/2/2025 | Payment | Travelers | (6,171.00) | TRAVELERS |
| 9/2/2025 | Payment | Hexa Rent | (85.00) | HEXA-RENT |
| 9/2/2025 | Payment | IRS Forced Debit | (286.42) | IRS |
| 8/29/2025 | Payment | Payroll 8-31-2025 | (200.11) | 20010 |
| 8/29/2025 | Payment | Payroll 8-31-2025 | (1,224.00) | 20010 |
| 8/29/2025 | Payment | Payroll 8-31-2025 | (2,939.07) | 20010 |
| 8/29/2025 | Payment | Payroll 8-31-2025 | (3,779.08) | 20010 |
| 8/29/2025 | Payment | Payroll 8-31-2025 | (6,150.42) | 20010 |
| 8/29/2025 | Payment | Payroll 8-31-2025 | (7,095.87) | 20010 |
| 8/29/2025 | Payment | BCBS | (10,013.34) | HEALTHCARE |
| 8/29/2025 | Payment | Payroll Taxes 8-31-2025 | (8,633.67) | 21403 |
| 8/29/2025 | Payment | Payroll Taxes 8-31-2025 | (2,410.53) | 21404 |
| 8/28/2025 | | Bank Charges | (10.00) | 66521 |
| 8/28/2025 | | Transfer from Canada | 48,000.00 | 10720 |
| 8/28/2025 | Payment | Domain Name- Ploinks | (22.19) | 64700 |
| 8/27/2025 | | Bank Charges | (10.00) | 66521 |
| 8/27/2025 | | Due to/from Now Can | 5,000.00 | 10720 |
| 8/26/2025 | Payment | Freedom Voice-NOW | (11.27) | 61310 |
| 8/21/2025 | Payment | ABY Benefits LLC | (35.00) | ABY001 |
| 8/20/2025 | Payment | Techgrit | (7,500.00) | TECHGRIT |
| 8/20/2025 | Payment | Techgrit Reverse | 7,500.00 | 52023 |
| 8/20/2025 | | Bank Charges | (10.00) | 66521 |
| 8/20/2025 | | Transfer to NOW US | 14,600.00 | 10720 |
| 8/20/2025 | Payment | Peter Harry Law | (7,112.00) | 10701 |
| 8/20/2025 | Payment | Techgrit | (7,500.00) | 52023 |
| 8/19/2025 | Payment | T-Mobile | (256.12) | TMOBILE |
| 8/15/2025 | Payment | Contract Labor | (1,500.00) | JAMESPA |
| 8/15/2025 | Payment | 8-15-2025 Payroll | (200.11) | 20010 |
| 8/15/2025 | Payment | 8-15-2025 Payroll | (1,224.00) | 20010 |
| 8/15/2025 | Payment | 8-15-2025 Payroll | (2,939.06) | 20010 |
| 8/15/2025 | Payment | 8-15-2025 Payroll | (3,779.09) | 20010 |
| 8/15/2025 | Payment | 8-15-2025 Payroll | (6,150.41) | 20010 |
| 8/15/2025 | Payment | 8-15-2025 Payroll | (7,095.87) | 20010 |
| 8/15/2025 | Payment | 8-15-2025 Payroll Taxes | (8,633.68) | 21403 |
| 8/15/2025 | Payment | 8-15-2025 Payroll Taxes | (2,410.55) | 21404 |
| 8/15/2025 | Payment | Bank Charges | (15.00) | 66521 |
| 8/14/2025 | | Bank Charges | (10.00) | 66521 |
| 8/14/2025 | | Transfer from Canada | 34,000.00 | 10720 |

| Date | Type | Description | Amount | Code |
|---|---|---|---|---|
| 8/14/2025 | Payment | 8-15-2025 Payrool fee | (139.12) | 52004 |
| 8/13/2025 | Payment | Fuller Law | (902.50) | 10701 |
| 8/13/2025 | Payment | Bank Charges | (211.35) | 66521 |
| 8/13/2025 | Payment | CO PIT Payable | (233.66) | 20019 |
| 8/13/2025 | Payment | Microsoft Corporation Aug 2025 | (55.44) | MICR02 |
| 8/13/2025 | Payment | Microsoft Corporation Aug 2025 | (6.40) | MICR02 |
| 8/13/2025 | Payment | Microsoft Corporation Aug 2025 | (51.16) | MICR02 |
| 8/13/2025 | Payment | Microsoft Corporation Aug 2025 | (54.13) | MICR02 |
| 8/11/2025 | Payment | Garcia Hong Payment | (5,000.00) | 10701 |
| 8/11/2025 | Payment | Plexhosted Aug 2025 | (2.40) | 64400 |
| 8/11/2025 | Payment | Freedom Voice VCSY | (11.27) | 61310 |
| 8/8/2025 | Payment | DartPoints | (4,058.40) | NETRIPL |
| 8/7/2025 | Payment | First Insurance Aug 2025 | (3,075.00) | 10701 |
| 8/7/2025 | Payment | Aug 2025 | (2,562.60) | TOTAL |
| 8/6/2025 | Payment | Boyer | (108.00) | 10701 |
| 8/6/2025 | Payment | E Fax | (5.00) | 61310 |
| 8/6/2025 | Payment | Transfer | (190,000.00) | 10720 |
| 8/6/2025 | | LANL Triad, LLC | (208,166.00) | LOS03 |
| 8/6/2025 | | LANL Triad, LLC | 208,166.00 | LOS03 |
| 8/6/2025 | | LANL Triad, LLC INV -022877 | 208,166.00 | LOS03 |
| 8/5/2025 | Payment | Due to/from VCSY- Corespace- VCSY | (83.44) | 10701 |
| 8/5/2025 | Payment | Corespace NOW | (175.90) | CORE |
| 8/4/2025 | Payment | Public Storage | (165.00) | 62161 |
| 8/4/2025 | Payment | HEXA- Rent | (85.00) | HEXA-RENT |
| 8/4/2025 | Payment | AXXYS July 2025 | (1,409.42) | AXXYS |
| 7/31/2025 | Payment | 7-31-2025 PR overpayment | (1,424.11) | SED |
| 7/31/2025 | Payment | BCBS | (10,013.34) | HEALTHCARE |
| 7/31/2025 | Payment | 7-31-2025 PR Taxes | (8,633.65) | 21403 |
| 7/31/2025 | Payment | 7-31-2025 PR Taxes | (2,410.51) | 21404 |
| 7/31/2025 | Payment | Techgrit | (6,250.00) | TECHGRIT |
| 7/31/2025 | Payment | 7-31-2025 PR | (21,388.57) | 20010 |
| 7/30/2025 | | Bank Charges | (10.00) | 66521 |
| 7/30/2025 | | Transfer from Canada | 1,400.00 | 10720 |
| 7/30/2025 | | Shannon Edmonds for over payment 7-31-2025 PR | 1,424.11 | SED |
| 7/30/2025 | | Bank Charges | (10.00) | 66521 |
| 7/30/2025 | | Transfer from Canada | 49,000.00 | 10720 |
| 7/28/2025 | Payment | Freedom Voice | (11.27) | FREE |
| 7/25/2025 | Payment | July 2025 Contract Labor | (2,250.00) | JAMESPA |
| 7/25/2025 | | Bank Charges | (10.00) | 66521 |
| 7/25/2025 | | Transfer from Canada | 2,300.00 | 10720 |
| 7/22/2025 | Payment | ABY Benefits LLC- July -25 | (35.00) | ABY001 |
| 7/21/2025 | Payment | T-Mobile | (256.12) | TMOBILE |
| 7/18/2025 | Payment | Boyer-Permits and Lic. | (27.00) | 10701 |
| 7/18/2025 | Payment | Boyer | (2,500.00) | 10701 |
| 7/18/2025 | Payment | ADAPTIGENT | (4,711.24) | ADAPT |
| 7/17/2025 | | Bank Charges | (10.00) | 66521 |
| 7/17/2025 | | Transfer from Canada | 7,000.00 | 10720 |
| 7/16/2025 | Payment | Louisiana sales tax Q4-2024,Q1,Q2-2025 | (326.68) | 66350 |
| 7/15/2025 | | Bank Charges | (15.00) | 66521 |
| 7/14/2025 | Payment | PR 7-15-2025 | (8,391.12) | 21403 |
| 7/14/2025 | Payment | PR 7-15-2025 | (2,169.21) | 21404 |
| 7/14/2025 | Payment | PR 7-15-2025 | (19,964.43) | 20010 |
| 7/14/2025 | Payment | Contract Labor 7-15-2025 | (396.00) | SED |
| 7/14/2025 | Payment | Bank Charges | (264.35) | 66521 |
| 7/14/2025 | | Tranfer from Prosperity | 1,000.00 | B001 PROSPERITY6541 |
| 7/14/2025 | | Bank Charges | (10.00) | 66521 |
| 7/14/2025 | | Transfer from Canada | 30,000.00 | 10720 |
| 7/14/2025 | Payment | Intuit Processing fee | (132.19) | 52004 |
| 7/14/2025 | Payment | Microsoft Corporation | (54.13) | MICR02 |

| | | | | |
|---|---|---|---|---|
| 7/14/2025 | Payment | Microsoft Corporation | (51.16) | MICR02 |
| 7/14/2025 | Payment | Microsoft Corporation | (6.40) | MICR02 |
| 7/14/2025 | Payment | Microsoft Corporation | (55.44) | MICR02 |
| 7/14/2025 | | Tranfer from Prosperity | (1,000.00) | B006-COMERICA4695 |
| 7/10/2025 | Payment | Software | (2.40) | 64400 |
| 7/9/2025 | Payment | DartPoints | (4,058.40) | NETRIPL |
| 7/9/2025 | Payment | Telephone Lines - General | (11.27) | 61310 |
| 7/8/2025 | Payment | Total Uptime Tech LLC | (2,562.60) | TOTAL |
| 7/8/2025 | Payment | Total Uptime Tech LLC | 2,562.00 | TOTAL |
| 7/8/2025 | Payment | Garcia Hong | (5,000.00) | 10701 |
| 7/8/2025 | Payment | First Insurance | (3,075.00) | 10701 |
| 7/8/2025 | Payment | Total Uptime Tech LLC | (2,562.00) | TOTAL |
| 7/7/2025 | | Bank Charges | (10.00) | 66521 |
| 7/7/2025 | | Transfer from Canada | 15,000.00 | 10720 |
| 7/7/2025 | Payment | Corespace VCSY | (83.44) | 10701 |
| 7/7/2025 | Payment | Corespace NOW US | (175.90) | CORE |
| 7/3/2025 | Payment | Public Storage | (139.00) | 62161 |
| 7/3/2025 | Payment | HEXA- July 2025 | (85.00) | HEXA-RENT |
| 7/3/2025 | Payment | Close VCSY Prosperity Account | 42.62 | |
| 7/1/2025 | | Payroll tax correction | (0.01) | |
| 7/1/2025 | Payment | Payroll Taxes NOW US 6-30-2025 | (8,391.11) | 21403 |
| 7/1/2025 | Payment | Payroll Taxes NOW US 6-30-2025 | (2,169.19) | 21404 |
| 7/1/2025 | Payment | BCBS | (10,013.34) | HEALTHCARE |
| 6/30/2025 | | Bank Charges | (10.00) | 66521 |
| 6/30/2025 | | Transfer from Canada | 7,500.00 | 10720 |
| 6/30/2025 | Payment | Techgrit INV 016826 | (7,500.00) | TECHGRIT |
| 6/27/2025 | | Bank Charges | (10.00) | 66521 |
| 6/27/2025 | | Transfer from Canada | 9,000.00 | 10720 |
| 6/27/2025 | Payment | Contract Labor | (264.00) | SED |
| 6/27/2025 | Payment | Payroll NOW US 6-15-2025 | (19,964.44) | 20010 |
| 6/27/2025 | Payment | Freedom Voice- NOW | (11.27) | FREE |
| 6/27/2025 | Payment | HEXA-June 25 | (85.00) | HEXA-RENT |
| 6/26/2025 | Payment | Due to/from Now Can- Transfer | (4,000.00) | 10720 |
| 6/25/2025 | Payment | Payment to Olde Monmouth | (2,990.00) | 10701 |
| 6/23/2025 | | Jefferson Parrish Sheriffs Off | 27,283.50 | JEF02 |
| 6/23/2025 | | Franchise taxes Ohio Attorney General | 145.06 | 66202 |
| 6/23/2025 | Payment | ABY Benefits LLC | (35.00) | ABY001 |
| 6/20/2025 | Payment | Techgrit | (3,750.00) | TECHGRIT |
| 6/20/2025 | Payment | T-Mobile | (256.12) | TMOBILE |
| 6/18/2025 | Payment | Bank Charges | (6.00) | 66521 |
| 6/18/2025 | Payment | Travelers | (5,596.00) | TRAVELERS |
| 6/18/2025 | Payment | Late Charges- Travelers | (10.00) | 66541 |
| 6/17/2025 | Payment | Total Uptime Tech LLC | (2,562.60) | TOTAL |
| 6/17/2025 | Payment | Due to/from Now Can- Total Uptime | 2,562.60 | 10720 |
| 6/17/2025 | Payment | Payroll taxes 6-15-2025 | (752.99) | 21404 |
| 6/17/2025 | Payment | Payroll taxes 6-15-2025 | (2,747.00) | 21403 |
| 6/17/2025 | Payment | Due to/from Now Can- Total Uptime | (2,562.60) | 10720 |
| 6/16/2025 | Payment | Transfer from US Comerica to TD US | (20,000.00) | 10720 |
| 6/16/2025 | Payment | NCC Group, Inc. | (3,455.00) | NCC |
| 6/16/2025 | Payment | Due to/from VCSY Boyer | (2,500.00) | 10701 |
| 6/16/2025 | Payment | Freddy Holder | (2,000.00) | HOL001 |
| 6/16/2025 | Payment | Shannon Edmonds | (264.00) | SED |
| 6/16/2025 | Payment | Payroll 6-15-2025 | (7,095.86) | 20010 |
| 6/16/2025 | | Transfer Prosperity-Comerica | 64,000.00 | B001 PROSPERITY6541 |
| 6/16/2025 | | Transfer Prosperity-Comerica | (64,000.00) | B006-COMERICA4695 |
| 6/16/2025 | | Gold Subscription thru Sept-2026 | 64,800.00 | LOS03 |
| 6/16/2025 | Payment | Intuit Processing fee | (130.05) | 52004 |
| 6/13/2025 | Payment | Payroll taxes 6-15-2025 | (5,644.10) | 21403 |
| 6/13/2025 | Payment | Payroll taxes 6-15-2025 | (1,416.20) | 21404 |

Docusign Envelope ID: 8C53B851-93C5-428A-BD61-60529BC7ACD0

| 6/13/2025 | Payment | Bank Charges | (15.00) | 66521 |
|---|---|---|---|---|
| 6/12/2025 | | Loan for 6-15-2025 Payroll | 2,000.00 | HOL001 |
| 6/12/2025 | | Bank Charges | (10.00) | 66521 |
| 6/12/2025 | | Due to/from Now Can 6-15-2025 Payroll | 13,500.00 | 10720 |
| 6/12/2025 | Payment | Microsoft Corporation | (54.13) | MICR02 |
| 6/12/2025 | Payment | Microsoft Corporation | (51.16) | MICR02 |
| 6/12/2025 | Payment | Microsoft Corporation | (55.44) | MICR02 |
| 6/12/2025 | Payment | Microsoft Corporation | (6.40) | MICR02 |
| 6/12/2025 | Payment | 6-15-2025 Payroll | (12,868.59) | 20010 |
| 6/12/2025 | Payment | Bank Charges | (166.78) | 66521 |
| 6/10/2025 | Payment | Freedom Voice | (11.27) | FREE |
| 6/10/2025 | Payment | Freedom Voice | 11.27 | 61310 |
| 6/10/2025 | Payment | Freedom Voice | (11.27) | 61310 |
| 6/9/2025 | Payment | Plexhosted | (2.40) | 64400 |
| 6/9/2025 | Payment | Berkshire Farm Center &Service | 4,620.00 | BER04 |
| 6/5/2025 | Payment | DartPoints | (4,058.40) | NETRIPL |