## UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   Texas

Sherman Division

In Re. NOW Solutions, Inc.                                    §          Case No.   25-42648

                                                             §
_____                       §
            Debtor(s)                                         §

                                                     ☐ Jointly Administered

# Monthly Operating Report                                                      Chapter 11

Reporting Period Ended: 09/30/2025                    Petition Date: 09/07/2025

Months Pending: 1                                     Industry Classification: | 5 | 4 | 1 | 2 |

Reporting Method:              Accrual Basis  ⦿        Cash Basis  ○

Debtor's Full-Time Employees (current):                        5

Debtor's Full-Time Employees (as of date of order for relief):  5

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☒     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☒     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Freddy Holder                                     Freddy Holder
Signature of Responsible Party                        Printed Name of Responsible Party

10/17/2025
Date                                                  2100 N. Greenville Ave., Ste. 201-E, Richardson, TX
                                                      75082
                                                      Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                          1

Debtor's Name NOW Solutions, Inc.                                      Case No. 25-42648

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $827 | |
| b. Total receipts (net of transfers between accounts) | $146,575 | $146,575 |
| c. Total disbursements (net of transfers between accounts) | $110,167 | $110,167 |
| d. Cash balance end of month (a+b-c) | $37,235 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $110,167 | $110,167 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $57,618 |
| c. Inventory   (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $2,476,998 |
| e. Total assets | $2,483,507 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $6,050,228 |
| n. Total liabilities (debt) (j+k+l+m) | $6,050,228 |
| o. Ending equity/net worth (e-n) | $-3,566,721 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $120,110 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $34,492 | |
| c. Gross profit (a-b) | $85,618 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-101,812 | |
| f. Other expenses | $-19,819 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-36,013 | $-36,013 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name NOW Solutions, Inc.                                                                 Case No.  25-42648

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | $0 | | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                3

Debtor's Name NOW Solutions, Inc.                                          Case No. 25-42648

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name NOW Solutions, Inc.  Case No. 25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | | Role | | | | |
| i | | | Other | $0 | $0 | $0 | $0 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name  NOW Solutions, Inc.                                                    Case No.  25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                6

Debtor's Name NOW Solutions, Inc.                                          Case No.  25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name NOW Solutions, Inc.                                                    Case No. 25-42648

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | | | $0 | $0 |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ⦿

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ⦿

c.  Were any payments made to or on behalf of insiders?   Yes ○  No ⦿

d.  Are you current on postpetition tax return filings?   Yes ⦿  No ○

e.  Are you current on postpetition estimated tax payments?   Yes ○  No ⦿

f.  Were all trust fund taxes remitted on a current basis?   Yes ⦿  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ⦿

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ⦿

i.  Do you have:       Worker's compensation insurance?   Yes ⦿  No ○

        If yes, are your premiums current?   Yes ⦿  No ○  N/A ○  (if no, see Instructions)

        Casualty/property insurance?   Yes ⦿  No ○

        If yes, are your premiums current?   Yes ⦿  No ○  N/A ○  (if no, see Instructions)

        General liability insurance?   Yes ⦿  No ○

        If yes, are your premiums current?   Yes ⦿  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ○  No ⦿

k.  Has a disclosure statement been filed with the court?   Yes ○  No ⦿

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿  No ○

Debtor's Name NOW Solutions, Inc.                                          Case No. 25-42648

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11     Yes ○   No ◉
U.S.C § 101(14A)?

m. If yes, have you made all Domestic Support Obligation payments?     Yes ○   No ○   N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Freddy Holder                                          Freddy Holder
_____                          _____
Signature of Responsible Party                          Printed Name of Responsible Party

CFO and Board Member                                   10/17/2025
_____                          _____
Title                                                              Date

UST Form 11-MOR (12/01/2021)                    9

Debtor's Name NOW Solutions, Inc.          Case No. 25-42648



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  NOW Solutions, Inc.                                                    Case No.  25-42648

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                      11

Debtor's Name  NOW Solutions, Inc.                                    Case No.  25-42648



PageThree



PageFour

NOW Solutions, Inc.
Balance Sheet

|  | September 30, 2025 |
|---|---|
| **Assets** | |
| | |
| **Current Assets** | |
| Cash | 38,362 |
| Securities available for sale | - |
| Accounts receivable, net of allowance for bad debt | - |
| Intercompany receivables | 2,412,681 |
| Prepaid expenses and other assets | 25,955 |
| | |
| Total Current Assets | 2,476,998 |
| | |
| Property and equipment, net of accumulated depreciation | 3,433 |
| Intangible assets, net of accum amort | 1,689 |
| Deposits and other assets | 1,387 |
| | |
| Total Assets | 2,483,507 |
| | |
| **Liabilities and Stockholder's Equity** | |
| | |
| **Current liabilities** | |
| Cash overdrafts | - |
| Accounts payable and accrued liabilities | 4,972,858 |
| Accounts payable to related parties | - |
| Intercompany payables | - |
| Deferred revenue | 163,184 |
| Derivative liabilities | - |
| Current portion - convertible debenture | - |
| Current portion-notes payable | - |
| Current portion-notes payable related parties | - |
| | |
| Total current liabilities | 5,136,042 |
| | |
| Non-current portion-notes payable | 892,464 |
| Non-current portion-notes payable to related partie | 21,722 |
| | |
| Total liabilities | 6,050,228 |
| | |
| **Stockholders Equity (Deficit)** | |
| | |
| Common Stock | 1,000,000 |
| Additional paid-in-capital | - |
| Accumulated deficit | (4,566,721) |
| Dividends | - |
| Accumulated other comprehensive income/(loss) | - |
| | |
| Total stockholders deficit | (3,566,721) |

| | |
|---|---|
| Total liabilities and stockholders' equity | 2,483,507 |

NOW Solutions, Inc.
Statement of Operations

|  | Sep-25 |
| --- | --- |
| **Revenues** | |
| Licensing and software | - |
| Software maintenance | 43,466 |
| Consulting Services | - |
| Cloud-based offerings | 10,606 |
| Canada | 66,038 |
| Other | - |
| Total Revenues | 120,110 |
| | |
| Cost of revenues | (34,492) |
| | |
| Gross profit | 85,618 |
| | |
| **Operating expenses:** | |
| Selling , general and administrative expenses | 101,812 |
| Depreciation and amortization | - |
| Impairment of software | - |
| Bad debt (recovery) expense | (48) |
| Management fee VCSY | 8,787 |
| Gain on settlement of trade payables | - |
| | |
| Total operating expenses | 110,551 |
| | |
| Income from operations | (24,933) |
| | |
| **Other income (expense)** | |
| Interest income | - |
| Gain / Loss on Derivative Liability | - |
| Forbearance fees | - |
| Loss on NCI | - |
| Loss on Debt extinquishment | - |
| Gain (loss) on Marketable securities | - |
| Interest expense | (11,080) |
| | |
| Net income (loss) before income taxes | (36,013) |
| | |
| Income Tax Provision  (benefit) | - |
| | |
| Net income (loss) | (36,013) |

NOW Solutions, Inc.
Cash Receipts and Disbursements

| | | Prosperity | Comerica | PayPal |
|---|---|---|---|---|
| 9/7/2025 | BB Beginning | 85.00 | 718.50 | 23.90 |
| **Receipts** | | | | |
| 9/8/2025 | Transfer from Canada to US | | 42,000.00 | |
| 9/12/2025 | Transfer from Canada | | 11,000.00 | |
| 9/12/2025 | Transfer from Canada | | 22,000.00 | |
| 9/23/2025 | Jefferson Parrish Sheriffs Off IN- 022879 | | 27,351.00 | |
| 9/23/2025 | W. Silver, Inc.  IN-022869 | | 16,655.00 | |
| 9/23/2025 | Close Prosperity Acct  6541 | | 68.73 | |
| 9/29/2025 | Transfer from Canada | | 1,500.00 | |
| 9/29/2025 | Transfer from Canada | | 26,000.00 | |
| **Disbursements** | | | | |
| 9/8/2025 | Retainer with Armanino NOW US Bankr. | | (17,000.00) | |
| 9/8/2025 | Retainer for Bankr. NOW US - Brandson Tittle | | (25,000.00) | |
| 9/8/2025 | Bank Charges | | (10.00) | |
| 9/9/2025 | FedEx Office | | (45.21) | |
| 9/9/2025 | Freedom Voice | (11.27) | (1,127.00) | |
| 9/10/2025 | Plex Hosted | | (2.40) | |
| 9/12/2025 | Bank Charges | | (201.38) | |
| 9/12/2025 | Bank Charges | | (10.00) | |
| 9/12/2025 | Bank Charges | | (10.00) | |
| 9/15/2025 | Bank Charges | (5.00) | | |
| 9/15/2025 | PR taxes 9-15-2025 | | (8,633.66) | |
| 9/15/2025 | PR taxes 9-15-2025 | | (2,410.52) | |
| 9/15/2025 | Payroll 9-15-2025 | | (21,388.56) | |
| 9/15/2025 | Intuit processing fee PR 9-15-2025 | | (139.12) | |
| 9/15/2025 | Microsoft Corporation | | (54.13) | |
| 9/15/2025 | Microsoft Corporation | | (51.16) | |
| 9/15/2025 | Microsoft Corporation | | (6.40) | |
| 9/15/2025 | Microsoft Corporation | | (55.44) | |
| 9/22/2025 | ABY Benefits LLC | | (35.00) | |
| 9/22/2025 | T-Mobile | | (256.12) | |
| 9/23/2025 | Close Account | (68.73) | | |
| 9/29/2025 | Boyer & Associates- Annual Licence and Continia | | (1,347.00) | |
| 9/29/2025 | Bank Charges | | (10.00) | |
| 9/29/2025 | Bank Charges | | (10.00) | |
| 9/29/2025 | HEXA Oct. 2025 | | (85.00) | |
| 9/29/2025 | Freedom Voice | | (11.27) | |
| 9/30/2025 | Payroll Taxes 9-30-2025 | | (8,391.34) | |
| 9/30/2025 | Payroll Taxes 9-30-2025 | | (2,160.21) | |
| 9/30/2025 | Payroll 9-30-2025 | | (21,630.88) | |
| 9/30/2025 | BB Ending | - | 37,211.43 | 23.90 |

NOW Solutions, Inc.
AR Aging
9/30/2025

| Customer No. | Name | Aging Date (Due Date) | Description | Document Type | Document No. | Balance Due | Days |
|---|---|---|---|---|---|---|---|
| COU01 | County of Missoula Montana | 6/1/2025 | Invoice IN-022864 | Invoice | IN-022864 | 57,618.00 | 121 |

Case 25-42648   Doc 35   Filed 10/20/25   Entered 10/20/25 12:52:12   Desc Main
Document   Page 17 of 26

80744

‖‖.‖.‖.‖.‖‖..‖.‖..‖.‖‖.‖
NOW SOLUTIONS INC
2100 N GREENVILLE AVE STE 201
RICHARDSON TX 75082

*Basic Business Checking*
**statement**

**September 1, 2025** to **September 30, 2025**
**Account number** 1▬4695

## Account summary

| | |
|---|---:|
| **Beginning balance on September 1, 2025** | **$12,229.83** |
| Plus deposits | |
| Electronic deposits | $112,440.00 |
| Paper deposits | $44,074.73 |
| Less withdrawals | |
| Checks | -$47,000.00 |
| ATM/Debit Card withdrawals | -$3,658.06 |
| Electronic (EFT) withdrawals | -$79,546.69 |
| Fees and service charges | -$201.38 |
| **Ending balance on September 30, 2025** | **$38,338.43** |

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

Thank you

**Basic Business Checking** statement
September 1, 2025 to September 30, 2025

# *Basic Business Checking* account details: XXXXXX4695

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers | |
|---|---|---|---|---|
| | | | Customer | Bank |
| Sep 02 | 9,990.00 | Wire # 007799 Org Now Solutions  Fed # 012959 | | 9485000346 |
| Sep 08 | 41,990.00 | Wire # 004124 Org Now Solutions  Fed # 007837 | | 9485000243 |
| Sep 12 | 21,990.00 | Wire # 018394 Org Now Solutions  Fed # 013255 | | 9485000328 |
| Sep 12 | 10,990.00 | Wire # 008194 Org Now Solutions  Fed # 008196 | | 9485000329 |
| Sep 29 | 25,990.00 | Wire # 005422 Org Now Solutions  Fed # 008914 | | 9485000271 |
| Sep 29 | 1,490.00 | Wire # 012784 Org Now Solutions  Fed # 013095 | | 9485000272 |

**Total Electronic Deposits: $112,440.00**

**Total Number of Electronic Deposits: 6**

## Paper deposits this statement period

| Date | Amount ($) | Reference numbers | |
|---|---|---|---|
| | | Customer | Bank |
| Sep 23 | 44,074.73 | | 0320125469 |

**Total Paper Deposits: $44,074.73**

**Total Number of Paper Deposits: 1**

## Checks paid this statement period

* Symbol indicates a break in check number sequence

# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #1003 | -5,000.00 | Sep 04 | 0970171121 | @1041 | -25,000.00 | Sep 08 | 0970356074 |
| | | | | #1042 | -17,000.00 | Sep 08 | 0970372716 |

**Total checks paid this statement period: -$47,000.00**

**Total number of checks paid this statement period: 3**

## ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Sep02 | -85.00 | Techzillion/hexa Richardson TX USA 5407 | MS10809057 |
| Sep03 | -165.00 | Public Storage 28105 800-567-0759 TX USA 5407 | MS10908659 |
| Sep03 | -175.90 | Corespace Inc Dallas TX USA 5407 | MS10906225 |
| Sep03 | -83.44 | Corespace Inc Dallas TX USA 5407 | MS10906292 |
| Sep04 | -2,562.60 | IN *total Uptime Techn 800-5841514 NC USA 5407 | MS10905641 |
| Sep08 | -18.99 | Ccsi Efax 323-817-3205 CA USA 5407 | MS10906903 |
| Sep09 | -45.21 | Fedex Offic31100031120 Addison TX USA 5407 | MS10903448 |
| Sep11 | -2.40 | Plexhosted Llc Jamestown RI USA 5407 | MS10905276 |
| Sep15 | -55.44 | Msft * E0100xg2ls Msbill.info WA USA 5407 | MS10902315 |
| Sep15 | -6.40 | Msft * E0100xfyo9 Msbill.info WA USA 5407 | MS10904859 |
| Sep15 | -51.16 | Msft * E0100xfy7n Msbill.info WA USA 5407 | MS10900184 |
| Sep15 | -54.13 | Msft * E0100xg2lr Msbill.info WA USA 5407 | MS10906194 |
| Sep22 | -256.12 | Tmobile Auto Pay Bellevue WA USA 5407 | MP10907275 |
| Sep29 | -11.27 | Freedom Voice Systems Tempe AZ USA 5407 | MS10904222 |

*Basic Business Checking* statement
**September 1, 2025 to September 30, 2025**

# Basic Business Checking: XXXXXX4695

## ATM/Debit Card transactions this statement period (continued)

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Sep30 | -85.00 | Techzillion/hexa Richardson TX USA 5407 | MS10909979 |

**Total ATM/Debit Card Withdrawals: -$3,658.06**

**Total Number of ATM/Debit Card Withdrawals: 15**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Sep 02 | -6,177.00 | Travelers Bus Insur 250829 5658586 | | 9488770982 |
| Sep 03 | -3,075.00 | First Insurance Insurance 900-103310793 | | 9488623031 |
| Sep 03 | -100.00 | Nowsolutions4695 Corp Pay 250903 -sett-tpa ACH | | 9488319900 |
| Sep 04 | -4,058.40 | Dartpoints Purchase 250903 Vertical Comput | | 9488088634 |
| Sep 15 | -11,044.18 | Intuit 24796176 Tax 250915 2110758 | | 9488615910 |
| Sep 15 | -7,095.88 | Intuit 70411932 Payroll 250915 2110758 | | 9488614910 |
| Sep 15 | -6,150.41 | Intuit 70411932 Payroll 250915 2110758 | | 9488614911 |
| Sep 15 | -3,779.10 | Intuit 69216033 Payroll 250915 2110758 | | 9488615267 |
| Sep 15 | -2,939.06 | Intuit 69216033 Payroll 250915 2110758 | | 9488615265 |
| Sep 15 | -1,224.00 | Intuit 69216033 Payroll 250915 2110758 | | 9488615266 |
| Sep 15 | -200.11 | Intuit 69216033 Payroll 250915 2110758 | | 9488615264 |
| Sep 15 | -139.12 | Intuit * Qbooks Pay 250912 1320107 | | 9488625749 |
| Sep 22 | -35.00 | Aby Benefits Llc ACH Debit 250922 9028165126 | | 9488434232 |
| Sep 29 | -1,347.00 | Nowsolutions4695 Corp Pay 250929 -sett-tpa ACH | | 9488939641 |
| Sep 30 | -10,551.55 | Intuit 51511154 Tax 250930 2110758 | | 9488380941 |
| Sep 30 | -7,162.29 | Intuit 70418628 Payroll 250930 2110758 | | 9488379598 |
| Sep 30 | -6,326.33 | Intuit 70418628 Payroll 250930 2110758 | | 9488379597 |
| Sep 30 | -3,779.09 | Intuit 70418628 Payroll 250930 2110758 | | 9488379601 |
| Sep 30 | -2,939.06 | Intuit 70418628 Payroll 250930 2110758 | | 9488379602 |
| Sep 30 | -1,224.00 | Intuit 70418628 Payroll 250930 2110758 | | 9488379599 |
| Sep 30 | -200.11 | Intuit 70418628 Payroll 250930 2110758 | | 9488379600 |

**Total Electronic Withdrawals: -$79,546.69**

**Total Number of Electronic Withdrawals: 21**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Sep 12 | -201.38 | Service Charge | 0000019109 |

**Total Fees and Service Charges: -$201.38**

**Total Number of Fees and Service Charges: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$409.40**
on **September 22, 2025**.

*Basic Business Checking* statement
September 1, 2025 to September 30, 2025

# Basic Business Checking: XXXXXX4695

PLEASE EXAMINE THIS STATEMENT PROMPTLY
<u>Reporting Errors and Unauthorized Transactions</u>

<u>Electronic Fund Transfers (Personal Accounts)</u>: Call us at 800.572.6620 or write to us at Comerica Bank, Electronic Processing, P.O. Box 75000, Detroit, MI 48275 as soon as you can, if you think your statement or receipt is incorrect or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent or otherwise made available to you the FIRST statement on which the error or problem appeared.

When reporting the error: (1) tell us your name and account number (if any); (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information; and (3) tell us the dollar amount of the suspected error or the transaction you question. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. See the Comerica Business and Personal Deposit Account Contract for details.

<u>Electronic Fund Transfers (Business Accounts)</u>: Call us at 800.572.6620 or write to us at Comerica Bank, MC 7603, P.O. Box 75000, Detroit, MI 48275 immediately if you think your statement or receipt is incorrect or an electronic fund transfer has been made without your permission. It is important that you review your statements closely and immediately report unauthorized transactions to mitigate your possible losses. See the Comerica Business and Personal Deposit Account Contract for details.

<u>Checks and Other Non-Electronic Fund Transfers</u>: Contact us at the phone number or address listed on the first page of this statement if you need a copy of a check or additional information about a transaction shown on your statement, or to report an unauthorized transaction or error involving a check or other non-electronic funds transfer. The best way to limit your possible losses is to report any issue as soon as possible, but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Account Contract for further details.

<u>Balancing Your Account</u>: For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

Equal Opportunity Lender   Rev. 07-25   www.comerica.com   MEMBER FDIC

# PROSPERITY BANK®

| | |
|---|---|
| Statement Date | 9/30/2025 |
| Account No | ****6541 |

NOW SOLUTIONS INC
2100 N GREENVILLE AVE STE 201-E
RICHARDSON TX 75082

Page 1 of 2

12665

### STATEMENT SUMMARY — TX Small Business Checking Account No ****6541

| Date | Description | | | Amount |
|---|---|---|---|---|
| 09/01/2025 | Beginning Balance | | | $271.42 |
| | 1 | Deposits/Other Credits | + | $100.00 |
| | 4 | Checks/Other Debits | - | $371.42 |
| 09/30/2025 | Ending Balance | 23 | Days in Statement Period | $0.00 |
| | Total Enclosures | | | 2 |

### DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/03/2025 | ACH Deposit NOWSOLUTIONS4695 CORP PAY 111000752292244 | $100.00 |

### OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/02/2025 | Force Pay Debit | $286.42 |
| 09/09/2025 | ACH Payment FreedomVoice 8004771477 036-0271055073 53200 | $11.27 |
| 09/15/2025 | Enhanced Analysis Ch | $5.00 |
| 09/23/2025 | Auto Close Withdrl | $68.73 |

### TOTAL OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

### DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09-01 | $271.42 | 09-03 | $85.00 | 09-15 | $68.73 |
| 09-02 | -$15.00 | 09-09 | $73.73 | 09-23 | $0.00 |

**ACCOUNT CLOSED**



MEMBER FDIC        EQUAL HOUSING LENDER

NYSE Symbol "PB"

 **Merchant processing statement**  September 2025

Prepared for:
NOW SOLUTIONS, Inc.
101 W. Renner Rd.
200
Richardson, TX 75082

Account number:
8MRG

Statement period:
Sep 01 to Sep 30, 2025

Account email:
accounting@nowsolutions.com

## Account activity summary

| Balances | USD | CAD |
|---|---|---|
| Beginning balance | 53.90 | 0.00 |
| Payments received | 0.00 | 0.00 |
| Payments sent | 0.00 | 0.00 |
| Fees | -30.00 | 0.00 |
| Miscellaneous activity* | 0.00 | 0.00 |
| Ending balance | 23.90 | 0.00 |

* Disputes, chargebacks, reserves, other holds, transfers, and withdrawals

Monthly sales-cost of sales summary**



** Only primary account currency shown

Business trends



PayPal Inc., 2211 N First St, San Jose, CA 95131

 **Merchant processing statement**                     September 2025

For NOW SOLUTIONS, Inc.

Account number:
8MRG

Statement period:
Sep 01 to Sep 30, 2025

## Detailed summary

### Currency: USD

| Balances | Beginning | Ending |
|---|---|---|
| Available balance | 53.90 | 23.90 |
| Total balance | 53.90 | 23.90 |

| Activity overview | Debit | Credit |
|---|---|---|
| Fees | -30.00 | |
| Total | -30.00 | 0.00 |

### Currency: CAD

| Balances | Beginning | Ending |
|---|---|---|
| Available balance | 0.00 | 0.00 |
| Total balance | 0.00 | 0.00 |

\* A portion of money in your account set aside for a period of time to cover pending disputes, reversals, and chargebacks.

\*\* If Total Debits are greater than Total Credits, that money is unavailable for you to use. It will appear in the Activity Overview, in the Reserves and Releases row, in the Debit Column. If Total Debits are less than Total Credits, that money is available for you to use. It will appear in the Activity Overview, in the Reserves and Releases row, in the Credit Column.

PayPal Inc., 2211 N First St, San Jose, CA 95131

 Merchant processing statement                    September 2025

For NOW SOLUTIONS, Inc.

Account number:
8MRG

Statement period:
Sep 01 to Sep 30, 2025

## Payment source summary

- No transactions during the statement period. -

---

PayPal Inc., 2211 N First St, San Jose, CA 95131

 **Merchant processing statement**                    September 2025

For NOW SOLUTIONS, Inc.

Account number:
8MRG

Statement period:
Sep 01 to Sep 30, 2025

## Fee summary

Currency: USD

| Fee description | Total transactions | | Fee rates | | Fees* |
| --- | --- | --- | --- | --- | --- |
| | Count | Amount | % rate | Fixed amount | |
| Monthly Fees | | | | | |
| Monthly Billing | 1 | 0.00 | | | 30.00 |
| Total | | | | | 30.00 |

* (Number of transactions* Fixed fee amount) + (Amount* rate/100)

** Different fee rates apply

*** This includes (a) discounts based on payment volume (b) other fee discounts, and (c) any other adjustments to your account.

**** Cross Border Fees are already included as part of the PayPal fees and must not be added to Total Fees summarization.

PayPal Inc., 2211 N First St, San Jose, CA 95131