UNITED STATES BANKRUPTCY COURT

EASTERN   DISTRICT OF   TEXAS

SHERMAN DIVISION

In Re. NOW SOLUTIONS, INC.                       §        Case No.  25-42648
                                                 §
_____            §
                Debtor(s)                        §
                                                        ☐ Jointly Administered

## Monthly Operating Report                                           Chapter 11

Reporting Period Ended: 10/31/2025                   Petition Date: 09/07/2025

Months Pending: 2                                    Industry Classification: | 5 | 4 | 1 | 2 |

Reporting Method:              Accrual Basis  ⦿        Cash Basis  ○

Debtor's Full-Time Employees (current):                   5

Debtor's Full-Time Employees (as of date of order for relief):   5

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

Chris Lang                                           Chris Lang
Signature of Responsible Party                       Printed Name of Responsible Party

12/02/2025
Date
                                                     15950 N. Dallas Parkway, Suite 600, Dallas, Texas 75248
                                                     Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                         1

Debtor's Name NOW SOLUTIONS, INC.                                    Case No.  25-42648

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $38,362 | |
| b.  Total receipts (net of transfers between accounts) | $88,120 | $234,695 |
| c.  Total disbursements (net of transfers between accounts) | $116,526 | $225,566 |
| d.  Cash balance end of month (a+b-c) | $9,956 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $116,526 | $225,566 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $57,618 |
| c.  Inventory    (Book ○    Market ○    Other ⦿   (attach explanation)) | $0 |
| d   Total current assets | $2,924,248 |
| e.  Total assets | $2,930,757 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $5,967,288 |
| n.  Total liabilities (debt) (j+k+l+m) | $5,967,288 |
| o.  Ending equity/net worth (e-n) | $-3,036,531 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $12,429 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $25,986 | |
| c.  Gross profit (a-b) | $-13,557 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $-54,290 | |
| f.  Other expenses | $-20,029 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-87,876 | $-123,889 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name NOW SOLUTIONS, INC.                                                      Case No.  25-42648

| Part 5: | **Professional Fees and Expenses** | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | $0 | | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                      3

Debtor's Name NOW SOLUTIONS, INC.                                    Case No.  25-42648

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                            4

Debtor's Name  NOW SOLUTIONS, INC.                                     Case No.  25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                             5

Debtor's Name NOW SOLUTIONS, INC.                                                    Case No.  25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                    6

Debtor's Name NOW SOLUTIONS, INC.                                    Case No. 25-42648

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                          7

Debtor's Name NOW SOLUTIONS, INC.                                                Case No.  25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | | $0 | $0 |

## Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯  No ◉

b. Were any payments made outside the ordinary course of business
   without court approval?  (if yes, see Instructions)    Yes ◯  No ◉

c. Were any payments made to or on behalf of insiders?    Yes ◯  No ◉

d. Are you current on postpetition tax return filings?    Yes ◉  No ◯

e. Are you current on postpetition estimated tax payments?    Yes ◯  No ◉

f. Were all trust fund taxes remitted on a current basis?    Yes ◉  No ◯

g. Was there any postpetition borrowing, other than trade credit?    Yes ◯  No ◉
   (if yes, see Instructions)

h. Were all payments made to or on behalf of professionals approved by    Yes ◯  No ◯  N/A ◉
   the court?

i. Do you have:      Worker's compensation insurance?    Yes ◉  No ◯

                     If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

                     Casualty/property insurance?    Yes ◉  No ◯

                     If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

                     General liability insurance?    Yes ◉  No ◯

                     If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ◯  No ◉

k. Has a disclosure statement been filed with the court?    Yes ◯  No ◉

l. Are you current with quarterly U.S. Trustee fees as    Yes ◉  No ◯
   set forth under 28 U.S.C. § 1930?

UST Form 11-MOR (12/01/2021)                          8

Debtor's Name NOW SOLUTIONS, INC.                                          Case No.  25-42648

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11      Yes ○  No ◉
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?               Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Chris Lang                                              Chris Lang
_____                            _____
Signature of Responsible Party                             Printed Name of Responsible Party

Chief Restructuring Officer                                12/02/2025
_____                            _____
Title                                                      Date

UST Form 11-MOR (12/01/2021)                    9

Debtor's Name NOW SOLUTIONS, INC. Case No. 25-42648



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name NOW SOLUTIONS, INC.                                    Case No.  25-42648



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name NOW SOLUTIONS, INC.                                          Case No.  25-42648



PageThree



PageFour

80744

Ilnultililllnnlnlnnbliliuti
NOW SOLUTIONS INC
2100 N GREENVILLE AVE STE 201
RICHARDSON TX 75082

*Basic Business Checking*
**statement**

**October 1, 2025** to **October 31, 2025**
**Account number** 1881794695

## Account summary

| | |
|---|---|
| **Beginning balance on October 1, 2025** | **$38,338.43** |
| Plus deposits | |
| Electronic deposits | $83,470.00 |
| Paper deposits | $4,620.00 |
| Less withdrawals | |
| ATM/Debit Card withdrawals | -$8,067.59 |
| Electronic (EFT) withdrawals | -$108,233.81 |
| Fees and service charges | -$194.46 |
| **Ending balance on October 31, 2025** | **$9,932.57** |

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

***Basic Business Checking* statement**
**October 1, 2025 to October 31, 2025**

—— —— ——
——

## *Basic Business Checking* account details: XXXXXX4695

### Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers | |
|------|-------|----------|---------|------|
| | | | Customer | Bank |
| Oct 14 | 30,990.00 | Wire # 008046 Org Now Solutions  Fed # 011779 | | 9485000413 |
| Oct 24 | 1,490.00 | Wire # 014914 Org Now Solutions  Fed # 012342 | | 9485000256 |
| Oct 29 | 50,990.00 | Wire # 012883 Org Now Solutions  Fed # 010895 | | 9485000675 |

**Total Electronic Deposits: $83,470.00**

**Total Number of Electronic Deposits: 3**

### Paper deposits this statement period

| Date | Amount ($) | Reference numbers | |
|------|-----------|---------|------|
| | | Customer | Bank |
| Oct 27 | 4,620.00 | | 0320212623 |

**Total Paper Deposits: $4,620.00**

**Total Number of Paper Deposits: 1**

### ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|------------------------|
| Oct03 | -165.00 | Public Storage 28105 800-567-0759 TX USA 5407 | MS11006460 |
| Oct03 | -83.44 | Corespace Inc Dallas TX USA 5407 | MS11007018 |
| Oct03 | -175.90 | Corespace Inc Dallas TX USA 5407 | MS11005530 |
| Oct03 | -2,562.60 | IN *total Uptime Techn 800-5841514 NC USA 5407 | MS11003514 |
| Oct06 | -18.99 | Ccsi Efax 323-817-3205 CA USA 5407 | MS11005161 |
| Oct07 | -17.99 | Dnh*godaddy.com 480-505-8855 AZ USA 5407 | MS11007694 |
| Oct14 | -2.40 | Plexhosted Llc Jamestown RI USA 5407 | MS11004880 |
| Oct14 | -55.44 | Nnt Msft * E0100xpc0618 Msbill.info WA USA 5407 | MP11003747 |
| Oct14 | -6.40 | Msft * E0100xpj59 Msbill.info WA USA 5407 | MS11008785 |
| Oct14 | -51.16 | Microsoft {"shopperstatem Redmond WA USA 5407 | MS11006853 |
| Oct14 | -54.13 | Microsoft {"shopperstatem Redmond WA USA 5407 | MS11006931 |
| Oct14 | -278.63 | Tmobile Postpaid Tel Bellevue WA USA 5407 | MP11002048 |
| Oct14 | -53.00 | CPA Texas Tax Austin TX USA 5407 | MS11004803 |
| Oct14 | -53.00 | CPA Texas Tax Austin TX USA 5407 | MS11001165 |
| Oct20 | -1,344.00 | Digicert Lehi UT USA 5407 | MS11005695 |
| Oct21 | -168.74 | Adobe San Jose CA USA 5407 | MS11000101 |
| Oct27 | -27.00 | Boyer & Associates Minneapolis MN USA 5407 | MS11006580 |
| Oct29 | -11.27 | Freedom Voice Systems Tempe AZ USA 5407 | MS11004612 |
| Oct31 | -175.90 | Corespace Inc Dallas TX USA 5407 | MS11001181 |
| Oct31 | -2,762.60 | IN *total Uptime Techn Asheville NC USA 5407 | MS11007688 |

**Total ATM/Debit Card Withdrawals: -$8,067.59**

**Total Number of ATM/Debit Card Withdrawals: 20**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers | |
|------|-----------|----------|---------|------|
| | | | Customer | Bank |
| Oct 02 | -9,000.00 | Nowsolutions4695 Corp Pay 251002 -sett-tpa ACH | | 9488521307 |
| Oct 02 | -3,963.44 | Nowsolutions4695 Corp Pay 251002 -sett-tpa ACH | | 9488521494 |
| Oct 03 | -10,013.34 | Health Care Serv Obppaymt 100325 3824217045 | | 9488002760 |
| Oct 03 | -3,075.00 | First Insurance Insurance 900-103310793 | | 9488229669 |
| Oct 06 | -4,058.40 | Dartpoints Purchase 251003 Vertical Comput | | 9488589850 |
| Oct 06 | -1,135.00 | The Hartford Inspmtcl 15293382 | | 9488268814 |
| Oct 14 | -139.12 | Intuit * Qbooks Pay 251010 2683975 | | 9488183685 |
| Oct 15 | -8,518.70 | Intuit 57470429 Tax 251015 2110758 | | 9488232646 |

*Basic Business Checking* statement
October 1, 2025 to October 31, 2025

# Basic Business Checking: XXXXXX4695

## Electronic withdrawals this statement period (continued)

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Oct 15 | -7,706.13 | Intuit 71881659 Payroll 251015 2110758 | | 9488232507 |
| Oct 15 | -6,766.76 | Intuit 71881659 Payroll 251015 2110758 | | 9488232505 |
| Oct 15 | -3,779.08 | Intuit 71881659 Payroll 251015 2110758 | | 9488232510 |
| Oct 15 | -2,939.07 | Intuit 71881659 Payroll 251015 2110758 | | 9488232509 |
| Oct 15 | -1,224.00 | Intuit 71881659 Payroll 251015 2110758 | | 9488232508 |
| Oct 15 | -200.11 | Intuit 71881659 Payroll 251015 2110758 | | 9488232506 |
| Oct 22 | -35.00 | Aby Benefits Llc ACH Debit 251022 9028625409 | | 9488328033 |
| Oct 24 | -1,500.00 | Nowsolutions4695 Corp Pay 251024 -sett-tpa ACH | | 9488646199 |
| Oct 31 | -10,013.34 | Health Care Serv Obppaymt 103125 5933601997 | | 9488565972 |
| Oct 31 | -8,477.17 | Intuit 21392946 Tax 251031 2110758 | | 9488010328 |
| Oct 31 | -7,706.13 | Intuit 74439788 Payroll 251031 2110758 | | 9488953557 |
| Oct 31 | -6,766.75 | Intuit 74439788 Payroll 251031 2110758 | | 9488953559 |
| Oct 31 | -3,779.10 | Intuit 74439788 Payroll 251031 2110758 | | 9488953558 |
| Oct 31 | -3,075.00 | First Insurance Insurance 900-103310793 | | 9488734933 |
| Oct 31 | -2,939.06 | Intuit 74439788 Payroll 251031 2110758 | | 9488953556 |
| Oct 31 | -1,224.00 | Intuit 74439788 Payroll 251031 2110758 | | 9488953560 |
| Oct 31 | -200.11 | Intuit 74439788 Payroll 251031 2110758 | | 9488953561 |

**Total Electronic Withdrawals: -$108,233.81**
**Total Number of Electronic Withdrawals: 25**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Oct 14 | -194.46 | Service Charge | 0000019427 |

**Total Fees and Service Charges: -$194.46**

**Total Number of Fees and Service Charges: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$1,480.00**
on **October 24, 2025**.

*Basic Business Checking* statement
October 1, 2025 to October 31, 2025

# Basic Business Checking: XXXXXX4695

PLEASE EXAMINE THIS STATEMENT PROMPTLY
<u>Reporting Errors and Unauthorized Transactions</u>

**<u>Electronic Fund Transfers (Personal Accounts)</u>**: Call us at 800.572.6620 or write to us at Comerica Bank, Electronic Processing, P.O. Box 75000, Detroit, MI 48275 as soon as you can, if you think your statement or receipt is incorrect or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent or otherwise made available to you the FIRST statement on which the error or problem appeared.

When reporting the error: (1) tell us your name and account number (if any); (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information; and (3) tell us the dollar amount of the suspected error or the transaction you question. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. See the Comerica Business and Personal Deposit Account Contract for details.

**<u>Electronic Fund Transfers (Business Accounts)</u>**: Call us at 800.572.6620 or write to us at Comerica Bank, MC 7603, P.O. Box 75000, Detroit, MI 48275 immediately if you think your statement or receipt is incorrect or an electronic fund transfer has been made without your permission. It is important that you review your statements closely and immediately report unauthorized transactions to mitigate your possible losses. See the Comerica Business and Personal Deposit Account Contract for details.

**<u>Checks and Other Non-Electronic Fund Transfers</u>**: Contact us at the phone number or address listed on the first page of this statement if you need a copy of a check or additional information about a transaction shown on your statement, or to report an unauthorized transaction or error involving a check or other non-electronic funds transfer. The best way to limit your possible losses is to report any issue as soon as possible, but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Account Contract for further details.

**<u>Balancing Your Account</u>**: For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

Equal Opportunity Lender   Rev. 07-25                                      MEMBER FDIC
www.comerica.com



Merchant Account ID: TS4YUMPCY8MRG          PayPal ID: accounting@nowsolutions.com          10/1/2025 - 10/31/2025

## Statement for 01 October 2025 to 31 October 2025

NOW SOLUTIONS, Inc.
101 W. Renner Rd.
200
75082 Richardson

### Balance Summary (10/1/2025 - 10/31/2025)

|      | Available beginning | Available ending | Withheld beginning | Withheld ending |
|------|---------------------|------------------|--------------------|-----------------|
| USD  | 23.90               | 23.90            | 0.00               | 0.00            |
| CAD  | 0.00                | 0.00             | 0.00               | 0.00            |



| Merchant Account ID: TS4YUMPCY8MRG | PayPal ID: accounting@nowsolutions.com | 10/1/2025 - 10/31/2025 |

*-- There are no transactions for this month --*

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).

**NOW Solutions, Inc. (Case No. 25-42648)**
**Balance Sheet**
**For the Period 10/1/25 - 10/31/25**

| Description | 10/31/2025 |
|---|---|
| **Assets** | |
| Cash | 9,956 |
| Securities available for sale | - |
| Accounts receivable, net of allowance for bad debts | - |
| Intercompany receivables | 2,905,623 |
| Prepaid expenses and other assets | 8,669 |
| **Total Current Assets** | **2,924,248** |
| Property and equipment, net of accumulated depreciation | 3,433 |
| Intangible assets, net of accum amort | 1,689 |
| Deposits and other assets | 1,387 |
| **Total Assets** | **2,930,757** |
| | |
| **Liabilities** | |
| Cash overdrafts | - |
| Accounts payable and accrued liabilities | 4,879,589 |
| Accounts payable to related parties | - |
| Intercompany payables | - |
| Deferred revenue | 173,513 |
| Derivative liabilities | - |
| Current portion - convertible debenture | - |
| Current portion-notes payable | - |
| Current portion-notes payable related parties | - |
| **Total Current Liabilities** | **5,053,102** |
| Non-current portion-notes payable | 892,464 |
| Non-current portion-notes payable to related parties | 21,722 |
| **Total Liabilities** | **5,967,288** |
| | |
| **Stockholders Equity (Deficit)** | |
| Common Stock | 1,000,000 |
| Additional paid-in-capital | - |
| Accumulated deficit | (4,036,531) |
| Dividends | - |
| Accumulated other comprehensive income/(loss) | - |
| **Total Stockholders Deficit** | **(3,036,531)** |
| **Total Liabilities and Stockholders Equity** | **2,930,757** |

**NOW Solutions, Inc. (Case No. 25-42648)**
**Statement of Operations**
**For the Period 10/1/25 - 10/31/25**

| Description | 10/31/2025 |
|---|---:|
| Revenue | 12,429 |
| Cost of Goods Sold | (25,986) |
| **Gross profit** | **(13,557)** |
| **Operating expenses:** | |
| Selling, general and administrative expenses | 54,290 |
| Management fee VCSY | 8,579 |
| **Total operating expenses** | **62,869** |
| **Income from operations** | **(76,426)** |
| Other income (expense) | |
| Interest income | - |
| Gain / Loss on Derivative Liability | - |
| Forbearance fees | - |
| Loss on NCI | - |
| Loss on Debt extinquishment | - |
| Gain (loss) on Marketable securities | - |
| Interest expense | (11,450) |
| **Net income (loss) before income taxes** | **(87,876)** |
| Income Tax Provision  (benefit) | - |
| **Net income (loss)** | **(87,876)** |

**NOW Solutions, Inc. (Case No. 25-42648)**
**Statement of Cash Receipts and Disbursements**
**For the Period 10/1/25 - 10/31/25**

| | | Account | |
| --- | --- | --- | --- |
| | | Comerica | PayPal |
| 10/1/2025 | Beginning Balances | 38,338.43 | 23.90 |
| **Receipts** | | | |
| 10/14/2025 | Transfer from Canada | 31,000.00 | |
| 10/24/2025 | Transfer from Canada | 1,500.00 | |
| 10/27/2025 | Bershire-Together for youth | 4,620.00 | |
| 10/30/2025 | Transfer from Canada | 51,000.00 | |
| **Total Receipts** | | **88,120.00** | **-** |
| **Disbursements** | | | |
| 10/2/2025 | James Patterson Contractor retainer #3 | (1,500.00) | |
| 10/2/2025 | Techgrit | (7,500.00) | |
| 10/2/2025 | Wolters Kluwer- CCH | (3,963.44) | |
| 10/3/2025 | Public Storage | (165.00) | |
| 10/3/2025 | Corespace | (259.34) | |
| 10/3/2025 | Total Uptime Tech LLC | (2,562.60) | |
| 10/3/2025 | Health Care Service Corp. BCBS | (10,013.34) | |
| 10/3/2025 | 1st Insurance | (3,075.00) | |
| 10/6/2025 | E-Fax | (18.99) | |
| 10/6/2025 | The Hartford Ins. Annual Renewal | (1,135.00) | |
| 10/6/2025 | Dartpoints | (4,058.40) | |
| 10/7/2025 | Go Daddy- Domain name | (17.99) | |
| 10/14/2025 | Plexhosted | (2.40) | |
| 10/14/2025 | Microsoft | (55.44) | |
| 10/14/2025 | Microsoft | (6.40) | |
| 10/14/2025 | Microsoft | (51.16) | |
| 10/14/2025 | Microsoft | (54.13) | |
| 10/14/2025 | T Mobile | (278.63) | |
| 10/14/2025 | TWC Sales/Use  Q2 filing- Late Charges | (53.00) | |
| 10/14/2025 | TWC Sales/Use  Q3 filing- Late Charges | (53.00) | |
| 10/14/2025 | Intuit PR Processing fee 10-15-2025 | (139.12) | |
| 10/14/2025 | Bank Charge | (10.00) | |
| 10/14/2025 | Bank Charge | (194.46) | |
| 10/15/2025 | PR 10-15-2025 | (22,615.15) | |
| 10/15/2025 | PR Taxes 10-15-2025 | (8,518.70) | |
| 10/20/2025 | DigiCert Annual | (1,344.00) | |
| 10/21/2025 | Adobe | (168.74) | |
| 10/22/2025 | ABY Benefits | (35.00) | |
| 10/24/2025 | Boyer monthly licenses | (27.00) | |
| 10/24/2025 | Bank Charges | (10.00) | |
| 10/24/2025 | Freedom Voice | (11.27) | |
| 10/24/2025 | Jamie Patterson- Contractor Retainer | (1,500.00) | |
| 10/30/2025 | Bank Charge | (10.00) | |
| 10/30/2025 | Core Space | (175.90) | |
| 10/30/2025 | Total Uptime Tech LLC | (2,762.60) | |
| 10/31/2025 | PR 10-31-2025 | (22,615.15) | |
| 10/31/2025 | PR Taxes 10-31-2025 | (8,477.17) | |
| 10/31/2025 | BCBS- Healthcare | (10,013.34) | |
| 10/31/2025 | 1st Insurance | (3,075.00) | |
| **Total Disbursements** | | **(116,525.86)** | **-** |

| 10/31/2025 | Ending Balances | 9,932.57 | 23.90 |

**NOW Solutions, Inc. (Case No. 25-42648)**
**Accounts Receivable Aging**
**For the Period 10/1/25 - 10/31/25**

| Customer No. | Name | Aging Date (Due Date) | Description | Document Type | Document No. | Balance Due |
|---|---|---|---|---|---|---|
| COU01 | County of Missoula Montana | 6/1/2025 | Invoice IN-022864 | Invoice | IN-022864 | 57,618 |

**Over 90 Days**
57,618