# UNITED STATES BANKRUPTCY COURT

EASTERN   DISTRICT OF   TEXAS

### SHERMAN DIVISION

| | | |
|---|---|---|
| In Re. NOW Solutions, Inc. | § | Case No.  25-42648 |
| | § | |
| | § | |
| Debtor(s) | § | |

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2025     Petition Date: 09/07/2025

Months Pending: 3     Industry Classification: 5 4 1 2

Reporting Method:     Accrual Basis ⊙     Cash Basis ○

Debtor's Full-Time Employees (current):     5

Debtor's Full-Time Employees (as of date of order for relief):     5

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Chris Lang

Signature of Responsible Party

12/31/2025

Date

Chris Lang

Printed Name of Responsible Party

15950 N. Dallas Pkwy, Ste. 600, Dallas, Texas 75248

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)     1

Debtor's Name  NOW Solutions, Inc.                                                    Case No.  25-42648

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $9,956 | |
| b.  Total receipts (net of transfers between accounts) | $91,763 | $326,458 |
| c.  Total disbursements (net of transfers between accounts) | $80,633 | $306,199 |
| d.  Cash balance end of month (a+b-c) | $21,087 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $80,633 | $306,199 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $57,618 |
| c.  Inventory    (Book ○    Market ○    Other ⦿    (attach explanation)) | $0 |
| d   Total current assets | $3,319,889 |
| e.  Total assets | $3,326,398 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $5,919,361 |
| n.  Total liabilities (debt) (j+k+l+m) | $5,919,361 |
| o.  Ending equity/net worth (e-n) | $-2,592,963 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $205,257 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $22,909 | |
| c.  Gross profit (a-b) | $182,348 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $-53,984 | |
| f.  Other expenses | $-8,354 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $109,330 | $-14,559 |

UST Form 11-MOR (12/01/2021)                                  2

Debtor's Name  NOW Solutions, Inc.                                                 Case No.  25-42648

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | Other | $0 | | $0 | $0 |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)                                3

Debtor's Name NOW Solutions, Inc.                                    Case No.  25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name NOW Solutions, Inc.                                                     Case No. 25-42648

| | | | | | |
|---|---|---|---|---|---|
| | lxxix | | | | |
| | lxxx | | | | |
| | lxxxi | | | | |
| | lxxxii | | | | |
| | lxxxiii | | | | |
| | lxxxiv | | | | |
| | lxxxv | | | | |
| | lxxxvi | | | | |
| | lxxxvi | | | | |
| | lxxxvi | | | | |
| | lxxxix | | | | |
| | xc | | | | |
| | xci | | | | |
| | xcii | | | | |
| | xciii | | | | |
| | xciv | | | | |
| | xcv | | | | |
| | xcvi | | | | |
| | xcvii | | | | |
| | xcviii | | | | |
| | xcix | | | | |
| | c | | | | |
| | ci | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | Other | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                                     5

Debtor's Name  NOW Solutions, Inc.                                           Case No.  25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                          6

Debtor's Name NOW Solutions, Inc. Case No. 25-42648

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021) 7

Debtor's Name  NOW Solutions, Inc.                                    Case No.  25-42648

| | | | | | |
|---|---|---|---|---|---|
| | xcix | | | | |
| | c | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | | $0 | $0 |

### Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ○    No ◉

d.  Are you current on postpetition tax return filings?    Yes ◉    No ○

e.  Are you current on postpetition estimated tax payments?    Yes ○    No ◉

f.  Were all trust fund taxes remitted on a current basis?    Yes ◉    No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○    No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○    No ○    N/A ◉

i.  Do you have:         Worker's compensation insurance?    Yes ◉    No ○
                    If yes, are your premiums current?    Yes ◉    No ○    N/A ○    (if no, see Instructions)
                    Casualty/property insurance?    Yes ◉    No ○
                    If yes, are your premiums current?    Yes ◉    No ○    N/A ○    (if no, see Instructions)
                    General liability insurance?    Yes ◉    No ○
                    If yes, are your premiums current?    Yes ◉    No ○    N/A ○    (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○    No ◉

k.  Has a disclosure statement been filed with the court?    Yes ○    No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉    No ○

Debtor's Name  NOW Solutions, Inc.                                      Case No.  25-42648

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Chris Lang

Signature of Responsible Party

Chief Restructuring Officer

Title

Chris Lang

Printed Name of Responsible Party

12/31/2025

Date

Debtor's Name NOW Solutions, Inc.    Case No.  25-42648



Debtor's Name  NOW Solutions, Inc.                                    Case No.  25-42648

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name NOW Solutions, Inc.                                    Case No.  25-42648



PageThree



PageFour

**NOW Solutions, Inc. (Case No. 25-42648)**
**Balance Sheet**
**For the Period 11/1/25 - 11/30/25**

| Description | 11/30/2025 |
|---|---|
| **Assets** | |
| Cash | 21,087 |
| Securities available for sale | - |
| Accounts receivable, net of allowance for bad debt | - |
| Intercompany receivables | 3,294,359 |
| Prepaid expenses and other assets | 4,443 |
| **Total Current Assets** | **3,319,889** |
| Property and equipment, net of accumulated depreciation | 3,433 |
| Intangible assets, net of accum amort | 1,689 |
| Deposits and other assets | 1,387 |
| **Total Assets** | **3,326,398** |
| | |
| **Liabilities** | |
| Cash overdrafts | - |
| Accounts payable and accrued liabilities | 4,858,079 |
| Accounts payable to related parties | - |
| Intercompany payables | - |
| Deferred revenue | 147,096 |
| Derivative liabilities | - |
| Current portion - convertible debenture | - |
| Current portion-notes payable | - |
| Current portion-notes payable related parties | - |
| **Total Current Liabilities** | **5,005,175** |
| Non-current portion-notes payable | 892,464 |
| Non-current portion-notes payable to related partie | 21,722 |
| **Total Liabilities** | **5,919,361** |
| | |
| **Stockholders Equity (Deficit)** | |
| Common Stock | 1,000,000 |
| Additional paid-in-capital | - |
| Accumulated deficit | (3,592,962) |
| Dividends | - |
| Accumulated other comprehensive income/(loss) | - |
| **Total stockholders deficit** | **(2,592,962)** |
| **Total Liabilities and Stockholders Equity** | **3,326,399** |

**NOW Solutions, Inc. (Case No. 25-42648)**
**Statement of Operations**
**For the Period 11/1/25 - 11/30/25**

| Description | 11/30/2025 |
|---|---:|
| Revenue | 205,257 |
| Cost of Goods Sold | (22,909) |
| **Gross profit** | **182,348** |
| **Operating expenses:** | |
| Selling , general and administrative expenses | 53,584 |
| Management fee VCSY | 8,354 |
| **Total operating expenses** | **61,938** |
| **Income from operations** | **120,410** |
| Other income (expense) | |
| Interest income | - |
| Gain / Loss on Derivative Liability | - |
| Forbearance fees | - |
| Loss on NCI | - |
| Loss on Debt extinquishment | - |
| Gain (loss) on Marketable securities | - |
| Interest expense | (11,080) |
| **Net income (loss) before income taxes** | **109,330** |
| Income Tax Provision  (benefit) | - |
| **Net income (loss)** | **109,330** |

**NOW Solutions, Inc. (Case No. 25-42648)**
**Statement of Cash Receipts and Disbursements**
**For the Period 11/1/25 - 11/30/25**

| Date | Description | Comerica | PayPal | Pinnacle |
|---|---|---|---|---|
| 11/1/2025 | Beginning Balances | 9,932.57 | 23.90 | - |
| **Receipts** | | | | |
| 11/12/2025 | Transfer from Canada | 31,500.00 | | |
| 11/20/2025 | Transfer from Canada | 4,100.00 | | |
| 11/20/2025 | Transfer from Canada | | | 200.00 |
| 11/24/2025 | Transfer from Canada | 3,600.00 | | |
| 11/24/2025 | Credit- Hartford | 363.00 | | |
| 11/25/2025 | Transfer from Canada | 32,000.00 | | |
| 11/25/2025 | Transfer from Canada | | | 20,000.00 |
| **Total Receipts** | | **71,563.00** | **-** | **20,200.00** |
| **Disbursements** | | | | |
| 11/3/2025 | PayPal | | (60.00) | |
| 11/3/2025 | Paypal | (36.10) | 36.10 | |
| 11/3/2025 | Public Storage | (165.00) | | |
| 11/3/2025 | Dartpoints | (8,116.80) | | |
| 11/4/2025 | VCorp | (140.00) | | |
| 11/5/2025 | EFAX | (18.99) | | |
| 11/6/2025 | Hexa- Nov. Rent | (85.00) | | |
| 11/6/2025 | T-Mobile- pay off | (503.83) | | |
| 11/10/2025 | Plex Hosted | (2.40) | | |
| 11/12/2025 | T Mobile- November | (178.25) | | |
| 11/12/2025 | Microsoft | (188.94) | | |
| 11/12/2025 | Bank fees | (10.00) | | |
| 11/14/2025 | 11-15-2025 Payroll | (22,476.01) | | |
| 11/14/2025 | Intuit PR Processing | (139.12) | | |
| 11/14/2025 | FICA W/H | (1,070.10) | | |
| 11/14/2025 | Employee W/H | (7,546.21) | | |
| 11/14/2025 | Bank fees | (109.34) | | |
| 11/19/2025 | Boyer | (27.00) | | |
| 11/20/2025 | Bank Fees | | | (10.00) |
| 11/20/2025 | Wire transfer fee | | | (15.00) |
| 11/20/2025 | Bank fees | (10.00) | | |
| 11/21/2025 | ABY | (35.00) | | |
| 11/21/2025 | Chapter 11 quarterly fee | (436.00) | | |
| 11/24/2025 | Dartpoints | (4,058.40) | | |
| 11/24/2025 | Bank fees | (10.00) | | |
| 11/25/2025 | Bank fees | (10.00) | | |
| 11/25/2025 | Bank Fee | | | (10.00) |
| 11/28/2025 | Wire fee | | | (15.00) |
| 11/25/2025 | HP Computer- Laurent | (3,562.68) | | |
| 11/26/2025 | Freedom Voice | (11.27) | | |
| 11/28/2025 | 11-30-2025 Payroll | (22,766.37) | | |
| 11/28/2025 | FICA W/H | (1,090.09) | | |
| 11/28/2025 | Employee W/H | (7,755.86) | | |
| **Total Disbursements** | | **(80,558.76)** | **(23.90)** | **(50.00)** |
| **11/30/2025** | **Ending Balances** | **936.81** | **-** | **20,150.00** |

80744

Ilıılıldıllıdlladladılldıldl
NOW SOLUTIONS INC
2100 N GREENVILLE AVE STE 201
RICHARDSON TX 75082

### *Basic Business Checking* statement

**November 1, 2025** to **November 30, 2025**
**Account number** 1881794695

## Account summary

**Beginning balance
on November 1, 2025**                    **$9,932.57**

Plus  deposits

Electronic deposits                      $71,523.00

Less  withdrawals

ATM/Debit Card withdrawals               -$1,216.78

Electronic (EFT) withdrawals             -$79,192.64

Fees and service charges                   -$109.34

**Ending balance
on November 30, 2025**                     **$936.81**

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

**Thank you**

*Basic Business Checking* statement
**November 1, 2025 to November 30, 2025**

— — —

—

# *Basic Business Checking* account details: XXXXXX4695

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Nov 12 | 31,490.00 | Wire # 014963 Org Now Solutions  Fed # 017577 | | 9485000740 |
| Nov 20 | 4,090.00 | Wire # 000986 Org Now Solutions  Fed # 003814 | | 9485000243 |
| Nov 24 | 3,590.00 | Wire # 004205 Org Now Solutions  Fed # 008209 | | 9485000300 |
| Nov 24 | 363.00 | The Hartford Insrfdcl 15293382 | | 9488404969 |
| Nov 25 | 31,990.00 | Wire # 008281 Org Now Solutions  Fed # 009346 | | 9485000661 |

**Total Electronic Deposits: $71,523.00**

**Total Number of Electronic Deposits: 5**

## ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Nov03 | -36.10 | Paypal *paymentpro San Jose CA USA 5407 | MP11108408 |
| Nov03 | -165.00 | Public Storage 28105 Addison TX USA 5407 | MS11100414 |
| Nov06 | -18.99 | Ccsi Efax Los Angeles CA USA 5407 | MS11104124 |
| Nov06 | -503.83 | Tmobile Postpaid Tel Bellevue WA USA 5407 | MP11108545 |
| Nov07 | -85.00 | Techzillion/hexa Richardson TX USA 5407 | MS11108476 |
| Nov10 | -2.40 | Plexhosted Llc Jamestown RI USA 5407 | MS11109752 |
| Nov12 | -178.25 | Tmobile Auto Pay Bellevue WA USA 5407 | MP11101582 |
| Nov12 | -55.44 | Microsoft {"shopperstatem Redmond WA USA 5407 | MS11106673 |
| Nov12 | -6.40 | Microsoft {"shopperstatem Redmond WA USA 5407 | MS11106732 |
| Nov12 | -51.16 | Microsoft {"shopperstatem Redmond WA USA 5407 | MS11106868 |
| Nov12 | -75.94 | Microsoft {"shopperstatem Redmond WA USA 5407 | MS11106936 |
| Nov19 | -27.00 | Boyer & Associates Minneapolis MN USA 5407 | MS11107438 |
| Nov28 | -11.27 | Freedom Voice Systems Tempe AZ USA 5407 | MS11100427 |

**Total ATM/Debit Card Withdrawals: -$1,216.78**

**Total Number of ATM/Debit Card Withdrawals: 13**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Nov 03 | -8,116.80 | Dartpoints Purchase 251031 Vertical Comput | | 9488811880 |
| Nov 04 | -140.00 | Vcorp Services 8885282677 133376333 | | 9488456806 |
| Nov 14 | -8,616.31 | Intuit 84880983 Tax 251114 2110758 | | 9488159466 |
| Nov 14 | -7,645.83 | Intuit 75770975 Payroll 251114 2110758 | | 9488157368 |
| Nov 14 | -6,687.92 | Intuit 75770975 Payroll 251114 2110758 | | 9488157367 |
| Nov 14 | -3,779.09 | Intuit 75770975 Payroll 251114 2110758 | | 9488157366 |
| Nov 14 | -2,939.06 | Intuit 75770975 Payroll 251114 2110758 | | 9488157365 |
| Nov 14 | -1,224.00 | Intuit 75770975 Payroll 251114 2110758 | | 9488157363 |
| Nov 14 | -200.11 | Intuit 75770975 Payroll 251114 2110758 | | 9488157364 |
| Nov 14 | -139.12 | Intuit * Qbooks Pay 251113 3771774 | | 9488387924 |
| Nov 21 | -436.00 | Quarterly Fee Payment 251120 0000 | | 9488019582 |
| Nov 21 | -35.00 | Aby Benefits Llc ACH Debit 251121 9029059737 | | 9488189145 |
| Nov 24 | -4,058.40 | Dartpoints Purchase 251121 Vertical Comput | | 9488655478 |
| Nov 25 | -3,562.68 | Nowsolutions4695 Exp Reimb -sett-tpa ACH | | 9488248999 |
| Nov 28 | -8,845.95 | Intuit 98892810 Tax 251128 2110758 | | 9488081332 |
| Nov 28 | -7,761.56 | Intuit 75924616 Payroll 251128 2110758 | | 9488077575 |
| Nov 28 | -6,718.13 | Intuit 75924616 Payroll 251128 2110758 | | 9488077573 |
| Nov 28 | -3,779.08 | Intuit 75924616 Payroll 251128 2110758 | | 9488077572 |
| Nov 28 | -3,083.49 | Intuit 75924616 Payroll 251128 2110758 | | 9488077574 |
| Nov 28 | -1,224.00 | Intuit 75924616 Payroll 251128 2110758 | | 9488077577 |

*Basic Business Checking* statement
**November 1, 2025 to November 30, 2025**

# Basic Business Checking: XXXXXX4695

## Electronic withdrawals this statement period (continued)

| | | | Reference numbers | |
| | | | Customer | Bank |
| Date | Amount ($) | Activity | | |
|---|---|---|---|---|
| Nov 28 | -200.11 | Intuit 75924616 Payroll 251128 2110758 | | 9488077576 |

**Total Electronic Withdrawals: -$79,192.64**
**Total Number of Electronic Withdrawals: 21**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Nov 14 | -109.34 | Service Charge | 0000019522 |

**Total Fees and Service Charges: -$109.34**

**Total Number of Fees and Service Charges: 1**

### 💲 Lowest daily balance

Your lowest daily balance this statement period was **$619.48**
on **November 19, 2025**.

*Basic Business Checking* statement
**November 1, 2025 to November 30, 2025**

# Basic Business Checking: XXXXXX4695

PLEASE EXAMINE THIS STATEMENT PROMPTLY
Reporting Errors and Unauthorized Transactions

**Electronic Fund Transfers (Personal Accounts)**: Call us at 800.572.6620 or write to us at Comerica Bank, Electronic Processing, P.O. Box 75000, Detroit, MI 48275 as soon as you can, if you think your statement or receipt is incorrect or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent or otherwise made available to you the FIRST statement on which the error or problem appeared.

When reporting the error: (1) tell us your name and account number (if any); (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information; and (3) tell us the dollar amount of the suspected error or the transaction you question. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. See the Comerica Business and Personal Deposit Account Contract for details.

**Electronic Fund Transfers (Business Accounts)**: Call us at 800.572.6620 or write to us at Comerica Bank, MC 7603, P.O. Box 75000, Detroit, MI 48275 immediately if you think your statement or receipt is incorrect or an electronic fund transfer has been made without your permission. It is important that you review your statements closely and immediately report unauthorized transactions to mitigate your possible losses. See the Comerica Business and Personal Deposit Account Contract for details.

**Checks and Other Non-Electronic Fund Transfers**: Contact us at the phone number or address listed on the first page of this statement if you need a copy of a check or additional information about a transaction shown on your statement, or to report an unauthorized transaction or error involving a check or other non-electronic funds transfer. The best way to limit your possible losses is to report any issue as soon as possible, but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Account Contract for further details.

**Balancing Your Account**: For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
NOW Solutions Inc
XXXXXXXX5583

RETURN SERVICE REQUESTED

NOW Solutions Inc
Debtor in Possession
Case #25-42648
2100 N Greenville Ave Suite 201-E
Richardson TX 75082

## Statement of Account

Horizon 150

**Balance 11/05/25**

$0.00

**Balance 11/30/25**

$20,150.00

**Summary**

**Credits**  +$20,180.00
**Interest**  +$0.00
**Debits**  -$30.00

### Credit Transactions

**Credits**

| | |
|---|---|
| 11/20  INCOMING WIRE NOW SOLUTIONS INC | 190.00 |
| 11/25  INCOMING WIRE NOW SOLUTIONS INC | 19,990.00 |
| **Total Credits** | **$20,180.00** |

### Debit Transactions

**Other Debits**

| | |
|---|---|
| 11/20  Wire Transfer Fee | 15.00 |
| 11/25  Wire Transfer Fee | 15.00 |
| **Total Debits** | **$30.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $4,683.65 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 26 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/05 | 0.00 | 11/20 | 175.00 | 11/25 | 20,150.00 |





**ELECTRONIC TRANSFER ERROR RESOLUTION**

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

| Merchant Account ID: TS4YUMPCY8MRG | PayPal ID: accounting@nowsolutions.com | 11/1/25 - 11/30/25 |

## Statement for 01 November 2025 to 30 November 2025

NOW SOLUTIONS, Inc.
101 W. Renner Rd.
200
75082 Richardson

### Balance Summary (11/1/25 - 11/30/25)

| | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 23.90 | 0.00 | 0.00 | 0.00 |
| CAD | 0.00 | 0.00 | 0.00 | 0.00 |



Merchant Account ID: TS4YUMPCY8MRG          PayPal ID: accounting@nowsolutions.com                    11/1/25 - 11/30/25

## Activity Summary (11/1/25 - 11/30/25)

|  | USD |
|---|---|
| Beginning Available Balance | 23.90 |
| Payments received | 0.00 |
| Payments sent | 0.00 |
| Withdrawals and Debits | 0.00 |
| Deposits and Credits | 36.10 |
| Fees | -60.00 |
| Ending Available Balance | 0.00 |

Merchant Account ID: TS4YUMPCY8MRG          PayPal ID: accounting@nowsolutions.com                    11/1/25 - 11/30/25



Merchant Account ID: TS4YUMPCY8MRG          PayPal ID: accounting@nowsolutions.com          11/1/25 - 11/30/25

## Deposits and Credits

| Description | USD |
| --- | ---: |
| General Credit Card Deposit | 36.10 |
| Total | 36.10 |

## Fees

| Description | USD |
| --- | ---: |
| Product Fee | -60.00 |
| Total | -60.00 |



Merchant Account ID: TS4YUMPCY8MRG         PayPal ID: accounting@nowsolutions.com                    11/1/25 - 11/30/25

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 11/1/25 | Web Site Payment Pro Account Monthly Fee ID: 9D881882DT694614N | PayPal Monthly Billing billing@paypal.com | -60.00 | 0.00 | -60.00 |
| 11/1/25 | General Card Deposit ID: 0ET33878UH6554041 | | 36.10 | 0.00 | 36.10 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).