# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
NOW Solutions, Inc.                                    Case No. 25-42648 btr
2100 N. Greenville Ave., Ste. 201-E                    Chapter: 11
Richardson , TX 75082
EIN: 22-3778894
Debtor

## ORDER DISMISSING OBJECTION TO CLAIM WITHOUT PREJUDICE

On this date, the Court considered the Objection to Claim (With Objection Language) filed by NOW Solutions, Inc. on February 25, 2026. The Court finds that the Objection to Claim (With Objection Language) fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to include proper negative notice language in required format.
**[LRBP 9007(a);also 3015(d); 4001(a)(B);4003(b);&6004(a).]**

IT IS THEREFORE ORDERED that the Objection to Claim (With Objection Language) filed by NOW Solutions, Inc. on February 25, 2026 is hereby DISMISSED without prejudice.

Signed on 4/2/2026

_____ ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE